IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00179-WYD-NYW

SOUTH JERSEY GAS COMPANY,

　　　　Plaintiff,

v.

ANTERO RESOURCES APPALACHIAN CORPORATION,

　　　　Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

　　　　This matter is before the court on the Unopposed Motion to Stay Deadline to Answer or Otherwise Respond to the Complaint (the "Motion to Stay"). [#28, filed Mar. 10, 2016]. The court considers the motion pursuant to 28 U.S.C. § 636(b)(1), the Order Referring Case dated March 8, 2016 [#25][1] and the Memorandum dated March 10, 2016 [#29].

　　　　In the Motion to Stay, Defendant Antero Resources Appalachian Corporation ("Defendant") requests that the court stay the deadline to answer or otherwise respond to the Complaint pending the resolution of a motion to consolidate this case with *Antero Resources Corporation v. South Jersey Resources Group, LLC, et al.*, Civil Action No. 15-cv-00656-REB-MEH. The motion to consolidate was filed in that case on March 1, 2016. In Civil Action No. 15-cv-00656, there are both the pending motion to consolidate which may or may not be opposed [ECF. No. 58], and a pending Recommendation on a Motion to Stay which recommends staying that matter until the United States District Court for the District of New Jersey determines which of the two parallel actions should proceed. [ECF. No. 56].

　　　　Based on the unique procedural posture of this case, **IT IS ORDERED** that:

　　　　(1)　　Defendant's Motion to Stay [#28] is **GRANTED**;

　　　　(2)　　Defendant **MUST ANSWER OR OTHERWISE RESPOND** in this case within five (5) days of any denial of the pending Motion to Consolidate [ECF No. 58]; and

---

1 The court uses the convention [#_] to refer to entries on the court's Electronic Court Filing system ("ECF") for this action, and the convention [ECF No. _] to refer to entries on the ECF system for Civil Action No. 15-cv-00656-REB-MEH.

(2)      The Parties are **DIRECTED** to contact the chambers of Magistrate Judge Nina Y. Wang within five (5) days of any denial the pending Motion to Consolidate [ECF No. 58] to set a Scheduling Conference.


DATED:  March 11, 2016